UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DECLAN FLIGHT, INC. and RIGHT RUDDER AVIATION, LLC,**

    Plaintiffs,

v.                                                                            Case No: 5:23-cv-301-GAP-PRL

**TEXTRON EAVIATION, INC. and TEXTRON, INC.,**

    Defendants.

### ORDER

This matter is before the Court on Defendants' unopposed motion for leave to file under seal various documents for the Court's review in determination of the motion to dismiss Plaintiffs' First Amended Complaint. (Doc. 55). Defendants previously filed (and the Court granted) an almost identical motion with respect to Defendants' motion to dismiss Plaintiffs' initial Complaint. (Docs. 35, 40). The Court did not rule on the merits of Defendants' initial motion to dismiss because Plaintiffs opted to file an Amended Complaint. (Docs. 44, 49). Accordingly, Defendants have now moved to dismiss Plaintiffs' Amended Complaint and seek to file the same documents under seal.

For the reasons discussed in the Court's prior Order (Doc. 40), Defendants' unopposed motion to file under seal (Doc.55) is **GRANTED**. Defendants shall promptly file the Mesa Agreement under seal. And since Defendants have already filed redacted versions of the Motion to Dismiss (Doc. 52), the RRA Termination Letter (Doc. 53-1), and the Declaration of Professor Dr. Damjan Mozina (Doc. 53-7) on the public docket, they shall promptly file unredacted versions under seal.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on October 13, 2023.

*/s/ Philip R. Lammens*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties