UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DECLAN FLIGHT, INC. and RIGHT RUDDER AVIATION, LLC,**

    Plaintiffs,

v.   Case No: 5:23-cv-301-GAP-PRL

**TEXTRON EAVIATION, INC. and TEXTRON, INC.,**

    Defendants.

### ORDER

In this action, Plaintiffs allege that Defendants tortiously interfered with various agreements and engaged in other malicious conduct intended to damage Defendants. (Doc. 76). On December 15, 2023, Defendants filed a motion to dismiss Plaintiffs' second amended complaint (Doc. 79) and now seek leave to file under seal various documents for the Court's review in determination of the motion to dismiss. (Docs. 82).[1] Defendants have filed—and the Court has granted—the same motion with respect to Defendants' prior motions to dismiss the initial complaint and the first amended complaint. (Docs. 35, 40, 52, 60).

Like the prior motions, Defendants seek to seal the following documents:

- Portions of a letter dated November 11, 2022, sent from Law Firm Ketler & Partners 1.f. LLC on behalf of Pipistrel d.o.o. and Pipistrel Italia S.r.l., (together, "Pipistrel") to Tyler Van Vorhees, Esq. and Plaintiff Right Rudder

---

[1] Defendants' initial motion for leave to file under seal (Doc. 33) is terminated based on the filing of the amended motion.

Aviation, LLC ("RRA Termination Letter"), under Exhibit 1 to the Declaration of Mitchell A. Karlan (Doc. 80-1);

- The 25 Aircraft Purchase Agreement, between Plaintiff Right Rudder Aviation, LLC ("RRA"), and Mesa Air Group Inc. ("Mesa"), fully executed on August 19, 2022 (the "Mesa Agreement"), under Exhibit 2 to the Declaration of Mitchell A. Karlan (Doc. 80-2); and

- Portions of the Motion to Dismiss (Doc. 79) and the Declaration of Professor Dr. Damjan Možina, LL.M. (Doc. 80-7) referencing the substance of the Mesa Agreement.

For the reasons discussed in the Court's prior Orders (Docs. 40, 60), Defendants' unopposed motion for leave to file under seal (Doc. 82) is **GRANTED.** Defendants shall promptly file the Mesa Agreement under seal. And since Defendants have already filed redacted versions of the Motion to Dismiss (Doc. 79), the RRA Termination Letter (Doc. 80-1), and the Declaration of Professor Dr. Damjan Mozina (Doc. 80-7) on the public docket, they shall promptly file unredacted versions under seal.

**DONE** and **ORDERED** in Ocala, Florida on January 2, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties