**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DECLAN FLIGHT, INC. and RIGHT
RUDDER AVIATION, LLC,

        Plaintiffs,

v.                                    Case No:   5:23-cv-301-GAP-PRL

TEXTRON EAVIATION, INC. and
TEXTRON, INC.,

        Defendants

## ORDER

This cause comes before the Court on Defendants' Proposed Bill of Costs (Doc. No. 100) filed April 11, 2024, and Plaintiffs' Response in Opposition to taxing costs related to translation of written documents (Doc. No. 104) filed April 25, 2024.

On May 3, 2024, the United States Magistrate Judge issued a report (Doc. No. 105) recommending Defendants were not entitled to recover translation costs in the amount of $10,824.24. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Defendants are not entitled to recover costs for translation of written documents.

**DONE** and **ORDERED** on May 28, 2024.



Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party